Mary Patterson v. Charles A. Youngs.— Motion denied, with ten dollars costs. Present— Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

In the Matter of James C. Lenney.— Referred to official referee. Order to be settled on notice. Present— Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.